**Edward D. McKinney**
256 Eagle Rock Path
Banner Elk, NC 28604
(803)517-9241

FILED
CHARLOTTE, NC

MAR 29 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

25 March 2022

**The Honorable Frank D. Whitney**
United States District Court Judge
Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re.: Hudson Hamrick

Dear Judge Whitney,

My name is Ed McKinney, and I retired from the practice of radiology in 2019 after serving patients for thirty-four years. I have known Hudson Hamrick since he was in elementary school. I served as Hudson's youth counselor during his middle and high school years at St. John's United Methodist Church in Rock Hill, SC. During that time Hudson worked with the Quest youth leaders to plan and implement youth events, weekend spiritual retreats, and local, regional, and national mission trips. The thing that stands out in my mind about Hudson's character during those years was his dependability, commitment, and dedication to the youth group. Another one of Hudson's strengths during the QUEST years was the caring relationships he formed with the families we served on the mission trips and the deep relationships he shared with both the youth and leaders in the Quest ministry.

Of course, the Quest years were prior to the start of Hudson's mental health issues. I have maintained my relationship with Hudson's parents and Hudson through the ensuing years and am well aware of the struggles Hudson has experienced during the early diagnosis and initial treatment attempts for his bi-polar disorder. During this time, I kept in touch with Hudson by hiring him to restore family antiques, and I was always pleased with the end result and the pride he took in his work.

I am optimistic that Hudson's commitment to and involvement in his current treatment plan for bi-polar disorder will lead to a healthy, productive future for him. His interest in completing a program of study in the sciences with a focus on health fields is a good fit due to his intellect and strong desire to serve others. I feel strongly that Hudson's bi-polar disorder led to his criminal activity. Through effective mental health treatment, Hudson will be an asset to his community if given the opportunity to pursue his dreams.

Sincerely,
*Edward McKinney*
Edward D. McKinney