IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>**HUDSON HAMRICK,**<br><br>*Defendant.* | DOCKET NO. 3:21-CR-219-FDW<br><br>SUPPLEMENTAL SENTENCING EXHIBITS |

Hudson Hamrick, by and through his counsel of record, First Assistant Federal Defender John Parke Davis, hereby submits the following additional character letters, which were received after the filing of his Sentencing Memorandum [Doc. 19], in mitigation of any sentence this Court might impose at the sentencing hearing scheduled for March 30, 2022. These documents are relevant to the Court's inquiry into the "history and characteristics of the defendant" pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted:

s/John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Defenders of Western North Carolina, Inc.
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Jp_davis@fd.org
*Attorney for Hudson Hamrick*

DATE: March 29, 2022